**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN: 159798)
Email: mmatern@maternlawgroup.com
JOSHUA D. BOXER (SBN: 226712)
Email: jboxer@maternlawgroup.com
CLARE E. MORAN (SBN: 340539)
Email: cmoran@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
COREY B. BENNETT (SBN: 267816)
Email: cbennett@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone: (510) 227-3998
Facsimile: (310) 531-1901

Attorneys for Plaintiff
SHANEL DICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANEL DICKSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA ENERGY OPERATIONS, INC.; a Delaware corporation; TESLA, INC., a Delaware corporation; KENNY GRIFFIN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01720-NC<br><br>**ORDER GRANTING CORRECTED STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT KENNY GRIFFIN ONLY (FRCP 41(a)(1)(A)(ii))**<br><br>Honorable Nathaniel M. Cousins |

The Court, having reviewed the Parties' Stipulation of Voluntary Dismissal of Defendant Kenny Griffin Only (the "Stipulation"), and good cause being shown, HEREBY issues the following **ORDER**:

1. The Stipulation is granted;
2. The claims asserted by Plaintiff Shanel Dickson against Defendant Kenny Griffin are dismissed with prejudice;
3. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 11, 2023

Hon. Nathanael M. Cousins
U.S. Magistrate Judge

*GRANTED* — Judge Nathanael M. Cousins