UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEL DICKSON,<br><br>        Plaintiff,<br><br>   v.<br><br>TESLA ENERGY OPERATIONS, INC.,<br><br>        Defendant. | Case No. 22-cv-01720-NC<br><br>**ORDER CONFIRMING ARBITRATION AWARD**<br><br>Re: ECF 35, 36 |

Having considered Plaintiff Shanel Dickson's Motion to Confirm Arbitration Award, ECF 35, and Defendant Tesla's Statement of Non-Opposition, ECF 36, the Court CONFIRMS the following Final Arbitration Award issued in this matter:

1. Dickson is awarded a total of $650,000 for her past non-economic (emotional distress) damages for her claims for racial harassment in violation of FEHA and failure to prevent racial harassment in violation of FEHA.

2. Dickson's claims for discrimination in violation of FEHA, retaliation in violation of FEHA and intentional infliction of emotional distress are DENIED and she is awarded nothing for them.

3. Dickson is awarded interest in the amount of $17,273.97, calculated at the statutory rate from the interim award (May 15, 2024) to the final award (August 20, 2024).

4. Dickson is awarded attorneys' fees in the amount of $878,468.50 and costs in the amount of $64,017.09.

5. Statutory post-award interest will run at the rate of 10% per annum on the total monetary award of $1,609,759.56 from August 20, 2024 until it is satisfied.

Judgment will be entered separately.

**IT IS SO ORDERED.**

Dated: September 19, 2024

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge